# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GREGORY A. BORDLEY,** | : | |
| Petitioner, | : | |
| v. | : | Civ. Act. No. 05-315-KAJ |
| **THOMAS CARROLL**, Warden and **M. JANE BRADY**, Attorney General for the State of Delaware, | : | |
| Respondents. | : | |

## MOTION FOR EXTENSION OF TIME TO FILE
## CERTIFIED STATE COURT RECORDS

1. The petitioner, Gregory A. Bordley, convicted by a Delaware Superior Court jury in January 1999 of first degree burglary, third degree assault and criminal mischief, has filed a petition for federal habeas relief. (D.I. 1). By the terms of the Court's order, respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

2. The undersigned has been unable to obtain all of the certified state supreme court records from Dover in order to file them contemporaneously with the answer. Due to a clerical error, one set of documents was inadvertently omitted from the copy request. Counsel has obtained a significant number of the relevant documents and is filing those with the answer. The undersigned anticipates obtaining and copying the remaining records on or before September 20, 2005.

3. Respondents submit that an extension of time to and including September 20, 2005 in which to file the certified copies of the omitted portion of the state supreme court records in this case

is reasonable.  Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date: September 1, 2005