# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GREGORY A. BORDLEY,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-315-KAJ |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **M. JANE BRADY**, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Respondents file herewith certified copies of the following of the Delaware Supreme Court documents:

      a. Opening Brief & Appendix (No. 596, 2002)

      b. State's Motion to Affirm (No. 596, 2002)

      c. Order (April 1, 2003) (No. 526, 2002)

      d. Opening Brief & Appendix (No. 482, 2003)

      e. State's Motion to Affirm (No. 482, 2003)

      f. Order (June 20, 2004) (No. 482, 2003).

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

September 1, 2005

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 1, 2005, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on September 1, 2005, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Gregory A. Bordley
    SBI No. 155019
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us