OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: _9/1/05_

TO: _ELIZABETH McFARLAN, ESQ_

RE:    CA# _05-315 KAJ_    CASE CAPTION: _Bordley V. Carroll_

DOCUMENT TITLE: _MOTION for Extension of Time_

As noted below, a document or a courtesy copy has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐    Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐    Courtesy copy not received by next business day.

☐    Redacted copy of sealed document not received within 5 business days.

☐    Pro Hac Vice fee not yet paid.

☐    The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐    Certificate of Service not included with the document.

☐    Discovery document(s) erroneously filed:  DI# _____ will be removed from the docket.

☐    7.1.1 statement required with non-dispositive motions was not included with the document.

☐    Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐    Brief exceeds the page limitations _____.

☐    Brief does not include a paginated table of contents/citations.

☐    Diskette or CD exceeds 2.5 megabytes.  Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐    Document not in PDF format.  Provide disk/CD with document in PDF format.

☐    Document not readable in PDF reader , or ☐ appears to be missing pages.

☒    Other: _MOTION NOT signed by ATTORNEY. Please contact undersigned at 573-6623._

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:    Assigned Judge

(Rev. 5/05)

_Bob Cruikshank_
Deputy Clerk
Docket clerk to KAJ