IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GREGORY A. BORDLEY, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vi. | : | Civ. Act. No. 05-315-KAJ |
| | : | |
| THOMAS CARROLL, Warden | : | |
| and M. JANE BRADY, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

ORDER

This __1st__ day of __Sept__, 2005,

WHEREAS, respondents having requested an extension of time in which to file certified portions of the state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents shall file certified portions of the state court records on or before September 20, 2005.

_____
United States District Judge