In The United States District Court
For The District Of Delaware

Gregory A. Bordley                               x
    Petitioner                                  x   Civ. Act. No. 05-315-KAJ
  V.                                                  x
Thomas L. Carroll,                               x
Warden, And M. Jane Brady,               x
Attorney General For The State Of Del.   x

FILED
JUL 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

This is a letter to the Court to find out any information on when my appeal will be review by the Court. I filed a brief in May of 2005, in this Court and as of this date, I have not heard nothing. Please send me a Court docket or a date on when my appeal will be review by this Court.

Date: July 26, 2006

Thank You
Gregory A. Bordley
#00155619

Gregory A. Bordley

IM Gregory A. Boedley
SBI# 00155019   UNIT D-West
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197 Legal mail
27 JUL 2006 PM 1 T

U.S.M.S
X-RAY

Office of The Clerk
United States District Court
844 N. King Street, Lockbox #18
Wilmington, Delaware
19801-3570

Legal Mail