OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2006

TO:   Gregory A. Bordley
      SBI# 00155019
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

   ***RE:  Status Letter; 05-315(KAJ)***

Dear Mr. Bordley:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and your petition is pending before the Court. You will be advised by the Court as to further developments in your case.

   In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

cc:   The Honorable Kent A. Jordan

In The United States District Court
For The District Of Delaware

Gregory A. Bordley                    x
        Petitioner                    x    Civ. Act. No. 05-315-KAJ
     v.                               x
Thomas L. Carroll,                    x
Warden, and M. Jane Brady,            x
Attorney General For The State of Del. x



FILED
JUL 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

This is a letter to the Court to find out any Information on when my appeal will be review by the Court. I filed a brief in May of 2005, in this Court and as of this date, I have not heard nothing. Please send me a Court docket or a date on when my appeal will be review by this Court.

Date, July 26, 2006

Thank You
Gregory A. Bordley
#00155619
Gregory A. Bordley