OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Clerk of District Court
**(District of Delaware)**

Date  **April 17, 2007**

**Bordley vs. Carroll**
(Caption)

Appeal No.  **06-4123**

**Gregory a. Bordley**
( Appellant)

**05-CV-00315**
D. C. No.

Enclosures:

**April 17, 2007**   **Certified copy of C. of A.  Order by the Court.**

_____  We release the certified list .

_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not released at this time until appeal(s) closed at No.(s)_____

_____  Please forward Certified List in Lieu of Record to this office.

_____  The certified copy of order issued as the mandate on_____ is recalled.

**Carolyn Hicks**   **(267)-299-4926**
Deputy Clerk     Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

R:\2006\4123\clkltr041707.wpd